**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ORLANDO VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:12-CV-1568-TWT |
| CASA LATINA, INC., CELSO | ) | |
| ALBERTO TORRES, and MARIA P. | ) | |
| TORRES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Orlando Vargas and Defendants, Casa Latina, Inc., Celso Alberto Torres, and Maria P. Torres, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Vargas dismisses *without prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

SO STIPULATED June 8, 2012.


[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel hereby certify that this *Stipulated Dismissal Without Prejudice* has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

Respectfully submitted, this 8th day of June, 2012.

  /s/ Samuel C. Rock
Samuel C. Rock, Esq.
Georgia Bar No. 762213
ROCK LAW GROUP, PLC
3355 Lenox Rd., Ste. 750
Atlanta, GA 30326
T. (859) 259-1000
F. (866) 316-3588
Email: sam@rocklawgroup.com


  /s/ David G. Carter
David G. Carter
Georgia Bar No. 141355
THE CARTER LAW GROUP, LLC
3355 Lenox Road, Suite 750
Atlanta, GA 30326
Phone:      (404) 872-5959
Fax:   (404) 872-5979
Email: dcarter@clgfirm.com


*Attorneys for Plaintiff*

  /s/ Matthew R. Rosenkoff

Matthew R. Rosenkoff
Georgia Bar No. 842117
Henry M. Quillian III
Georgia Bar No. 003160
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
mrosenkoff@taylorenglish.com
hquillian@taylorenglish.com


*Attorneys for Defendants*